TJS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

DARUS LEON HUNTER

18 0348

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

UNIVERSITY OF PENNSYLVANIA

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | DARUS LEON HUNTER |
| | Street Address | 2521 N SPANGLER STREET |
| | County, City | PHILADELPHIA, PHILADELPHIA |
| | State & Zip Code | PENNSYLVANIA, 19132 |
| | Telephone Number | (215) 303-8787 [CELL], (215) 727-1508 [HOME] |

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name UNIVERSITY OF PENNSYLVANIA
Street Address 3400 WALNUT STREET
County, City PHILADELPHIA, PHILADELPHIA
State & Zip Code PENNSYLVANIA, 19104

Defendant No. 2
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 3
Name ______
Street Address ______
County, City ______
State & Zip Code ______

Defendant No. 4
Name ______
Street Address ______
County, City ______
State & Zip Code ______

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
✔ Federal Questions Q Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Fair Credit Reporting Act, 15 U.S.C. § 1681 ("FCRA") , Retaliattion, Fair Debt Collection Practices Act (FDCPA.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______

Defendant(s) state(s) of citizenship ______

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? IN PHILADELPHIA, PENNSYLVANIA

B. What date and approximate time did the events giving rise to your claim(s) occur? THE EVENTS ARE ONGOING.

What happened to you?

C. Please see attached.

Who did what?

Was anyone else involved?

Who else saw what happened?

Facts: PLAINTIFF DARUS LEON HUNTER attended the UNIVERSITY OF PENNSYLVANIA from January of

2009 until December of 2012 as an undergraduate student pursuing a bachelor's degree. In December of

2012, DARUS LEON HUNTER graduated from said university and was conferred a bachelor's degree, with

a minor in Anthropology and a major in Biology. During Mr. Hunter's undergraduate career, in June of

2012 he complained to Dr. Amy Gutman, the university president, about loans and grants that he

believed were not being deposited into his student account. Following Mr. Hunter's complaint, student

financial services personnel were ordered to meet with Mr. Hunter in June of 2012. At the meeting,

student financial services employee SHARON PEPE`, informed Mr. Hunter that Penn was cancelling his

most recently acquired federal student loan because, it had been discovered that he had exceeded the

US student aid undergraduate loan aggregate and in lieu of private funds, would not be able to continue

attending the university and completing his undergraduate degree (See Exhibit A). Student loans are

processed by the assigned student financial services representative. Approximate (2) weeks after said

meeting. Financial aid representatives informed Mr. Hunter that the university was issuing a loan, which

would cover the expenses for (1) semester, in order for Mr. Hunter to complete his degree. Mr. Hunter

and his financial aid representative, Dennis Drumm, discussed extensively, Mr. Hunter's plan to

complete a double major. Mr. Hunter was informed that he would not be able to complete the planned

double major. Mr. Hunter completed the semester and was awarded a bachelor's degree. Mr. Hunter

filed a lawsuit during his last semester, eventually realizing that the federal department of aid rules

regarding the time by which funds must be deposited into a student's account were continually violated.

Mr. Hunter attended graduate school at Chestnut Hill College, last in December of 2016. In June of 2017,

Mary Ellen Tepper of the University of Pennsylvania collections, informed Mr. Hunter that, the

University had sent bills to the wrong address of 5263 W Jefferson street for (6) months. She stated that

there was no return information reported by the US postal service (See Exhibit B). She also informed Mr.

Hunter that although he received alumni mail and newspapers from the University (See exhibit C) the

loan department did not have his updated address. Ms. Tepper then demanded (6) payments of $187.23

in addition to interest, all at once. On September 21st, 2017, the University, via Ms. Tepper, agreed to

accept $23 dollars a month from Mr. Hunter (See exhibit C). In both October and November of 2017, the University

received payments of $23, as agreed by the parties, yet the University has continued to report that

there is a payment amount of $187.23, due each month (See exhibit D). Mr. Hunter has requested that

the University cease reporting to Transunion that the loan payment is (120) days late; they have refused.

On September 14th 2017, the University obtained a copy of Mr. Hunter's credit report. Mr. Hunter did

not authorize this action. The University reports to Equifax that the loan account was opened May 31st

2015 (See exhibit D). Mr. Hunter has not had loans issued to him by the University since 2012.

Please see attached document for remainder of the complaint.

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I ask that the court determine and award whatever compensation it feels serves justice.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 29 day of January, 2018.

Signature of Plaintiff [signature]

Mailing Address 2521 N Spangler street

Philadelphia, Pennsylvania 19132

Telephone Number 215-303-8787, 215-727-1508 (home)

Fax Number *(if you have one)* ______

E-mail Address darus@sas.upenn.edu

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of ____________________, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: ______________________

Inmate Number ______________________

Exhibit A

Help | Student Financial Services | PennPortal

Log out

Hunter, Darus
Former Student

- My loan applications
- My requests
- My loan corresp history
- Request new loan
- Main Page

## Application summary

| | | | |
|---|---|---|---|
| **App ID** | 17 | **Loan type** | 037-01 DL Sub Unsub / |
| **Loan period** | Sum1 12 - Sum2 12 | **Borrower** | |
| **App status** | Denied - Penn | **App source** | Loan Office |
| **Status date** | 06/25/2012 | **App created** | 05/10/2012 |
| **Status reason** | Reached aggr loan max | **Credit status expires** | n/a |
| **Year in school** | 5 | **Enrollment status** | Full time |

Loan Guaranty

**Guaranty received** n/a
**Net loan fees (.5%)** 0.00

Private loan self-certification information

**Loan period start**
**Loan period end**
**Cost of attendance**
**Other aid**

Initial disb requirements

**Status** Provisional
**Status date** 06/07/2012

**Loan amount** **Subsidized = 0.00** **Unsubsidized = 0.00** **Total = 0.00**

| Amount type | Requested | Eligible | Certified | Guaranty | Accepted | Paid |
|---|---|---|---|---|---|---|
| Subsidized | | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 |
| Unsubsidized | | 0.00 | 0.00 | 6,000.00 | 0.00 | 0.00 |
| Total loan | | 0.00 | 0.00 | 6,250.00 | 0.00 | 0.00 |

Back to list | View disbursement info | View correspondence history

Copyright © 2018, University of Pennsylvania. All rights reserved.

Exhibit B

DARUS HUNTER <darus@sas.upenn.edu>

## E-Mail

**Tepper, Mary Ellen A.** <tepper@upenn.edu> Mon, Aug 21, 2017 at 1:33 PM
To: "darus@sas.upenn.edu" <darus@sas.upenn.edu>

Good Afternoon:

We spoke on Thursday afternoon , August 17, 2017 concerning your forbearance for the Institutional Loan.

We had reviewed the options over the phone regarding the forbearance, but I said I would send the information to you by e-mail.

Also, the change of address that Conduent (our servicer) had in May 2017 was changed on May 16, 2017 to the current address where you are residing due to Loan Verification from PHEAA when you applied for consolidation for your Perkins' Loan.

I did explain on the phone, that the institutional Loan does not have an income based repayment plan.

I also explained that there was not any mail return on the notices that were sent to you regarding the Institutional Loan.

Here is the forbearance information:

December 2016 to September 2017, interest due will be $759.51 , scheduled monthly payment of $187.38 will due on 10/1/2017.

December 2016 to October 2017, interest due will be $843.90, scheduled monthly payment of $187.38 will be due on 11/1/2017.

December 2016 to November 2017, interest due will be $928.29, scheduled monthly payment of $187.38 will be due on 12/01/2017.

December 2016 to December 2017, interest due will be $1,012.68 , scheduled monthly payment of $187.38 will be due on 01/01/2018.

I am forwarding all the notices sent to you regarding the repayment of your institutional loan by mail.


Thank you.


Mary Ellen Tepper

Collections

1-215-898-8645

Exhibit C

DARUS HUNTER <darus@sas.upenn.edu>

**E-Mail**

**Tepper, Mary Ellen A.** <tepper@upenn.edu> Thu, Sep 21, 2017 at 2:32 PM
To: DARUS HUNTER <darus@sas.upenn.edu>

Good Afternoon:

The University will accept $23.00 a month for 6 months for your Institutional Loan. The first payment will be due October 1, 2017 for $23.00. Your account will be reviewed March 2018 for an increase in payments.

Thank you.

Mary Ellen

Collections

**From:** DARUS HUNTER [mailto:darus@sas.upenn.edu]
**Sent:** Wednesday, September 13, 2017 4:23 PM
**To:** Tepper, Mary Ellen A.
**Subject:** Re: FW: E-Mail

[Quoted text hidden]



Penn
Arts & Sciences

University of Pennsylvania
School of Arts & Sciences
3600 Market Street, Suite 300
Philadelphia, PA 19104-3284

Non-Profit
U.S. Postage
PAID
University of
Pennsylvania

**COLLEGE OF ARTS AND SCIENCES**
**GRADUATE DIVISION**
**COLLEGE OF LIBERAL AND PROFESSIONAL STUDIES**

Stay in touch with Penn Alumni.
Join QuakerNet, your key to connect:
**www.alumniconnections.com/penn**

****************AUTO**5-DIGIT 19143
P23 B110
MR. DARUS HUNTER
1242 S 51ST ST APT 1
PHILADELPHIA PA 19143-4344

# SUPPORT PENN ARTS & SCIENCES

"Our children learned to leave their comfort zones and come away with new perspectives, knowledge, skills, and a sense of pride."

- Charles, WG'82, and Claudia Vieth, PAR'11, PAR'12, PAR'16

Your gift to the Arts and Sciences Annual Fund helps us produce the creative, flexible thinkers that will lead this world into the future.

sas.upenn.edu/gifts/annual

Exhibit D
RETURN ADDRESS:
University of Pennsylvania
School of Arts & Sciences
3600 Market Street, Suite 300
Philadelphia, PA 19104-3284
****************AUTO**5-DIGIT 19143
PL033 BN056 683284
MR. DARUS HUNTER
1242 S 51ST ST APT 1
PHILADELPHIA PA 19143-4344
NON-PROFIT
US POSTAGE
BURL. VT 05
PERMIT # 53
PARTNERS & PRO
Celebrating the Sup
of Robert and Penny
Penn
Arts & Sciences

Exhibit E

| 663 | 539 | 546 |
|---|---|---|
| FICO® Score 8 based on Experian data as of 01/08/2018. **Experian** | FICO® Score 8 based on Equifax data as of 01/08/2018. **Equifax** | FICO® Score 8 based on TransUnion data as of 01/08/2018. **TransUnion** |
| Your score is below the average score of U.S. consumers, though many lenders will approve loans with this score. | Your score is well below the average score of U.S. consumers and demonstrates to lenders that you are a risky borrower. | Your score is well below the average score of U.S. consumers and demonstrates to lenders that you are a risky borrower. |

## Summary

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Revolving Credit Accounts* | | | |
| Count | 7 | 0 | 0 |
| Balance | $27599 | $0 | $0 |
| Payment | $544 | $0 | $0 |
| Open | 6 | 0 | 0 |
| Closed | 1 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |
| | **Experian** | **Equifax** | **TransUnion** |
| *Line of Credit Accounts* | | | |
| Count | 0 | 0 | 0 |
| Balance | $0 | $0 | $0 |
| Payment | $0 | $0 | $0 |
| Open | 0 | 0 | 0 |
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |
| | **Experian** | **Equifax** | **TransUnion** |
| *Real Estate Credit Accounts* | | | |
| Count | 0 | 0 | 0 |
| Balance | $0 | $0 | $0 |
| Payment | $0 | $0 | $0 |
| Open | 0 | 0 | 0 |
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |
| | **Experian** | **Equifax** | **TransUnion** |
| *Installment Credit Accounts* | | | |
| Count | 42 | 0 | 0 |
| Balance | $189999 | $0 | $0 |

| | | | |
|---|---|---|---|
| Payment | $7 | $0 | $0 |
| Open | 1 | 0 | 0 |
| Closed | 41 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Open Accounts* | | | |
| Count | 7 | 0 | 0 |
| Balance | $217598 | $0 | $0 |
| Payment | $551 | $0 | $0 |
| Open | 7 | 0 | 0 |
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Collection Accounts* | | | |
| Count | 0 | 0 | 0 |
| Balance | $0 | $0 | $0 |
| Payment | $0 | $0 | $0 |
| Open | 0 | 0 | 0 |
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 0 | 0 |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Other Accounts* | | | |
| Count | 0 | 54 | 52 |
| Balance | $0 | $234476 | $234476 |
| Payment | $0 | $1343 | $1343 |
| Open | 0 | 0 | 0 |
| Closed | 0 | 0 | 0 |
| Deferred/Unknown | 0 | 54 | 52 |

# Personal Information

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Personal Information* | | | |
| Name | DARUS L HUNTER | DARUS HUNTER | DARUS LEON HUNTER |
| Date of Birth | 1972 | 1916 | 1972 |
| Address | 1242 S APT 1 51ST ST PHILADELPHIA PA, 19143-4344 | 1242 S 51ST ST APT 1 PHILADELPHIA PA, 19143 | 1242 1ST 51ST ST PHILADELPHIA PA, 19143 |
| Date Address Reported | 2014-09-06 | -0001-11-30 | 2014-09-04 |

| *Previous Address* | |
|---|---|
| Address 1 | 1618 N 55TH ST APT 18 PHILADELPHIA PA, 19131 |
| Address 2 | 5263 W JEFFERSON ST APT 1 PHILADELPHIA PA, 19131 |
| Address 3 | 3232 MONUMENT ST PHILADELPHIA PA, 19121 |
| Address 4 | 322 LINDLEY AVE PHILADELPHIA PA, 19120 |
| Address 5 | 5618 N MASCHER ST PHILADELPHIA PA, 19120 |

| | | |
|---|---|---|
| ddress 6 | 1103 W ROCKLAND ST PHILADELPHIA PA, 19141 | |
| ddress 7 | 5802 STOCKTON RD PHILADELPHIA PA, 19138 | |
| *mployment Details* | | |
| mployer 1 | SELF-EMPLOYED | NEWMAN INC |

# Consumer Statements

No Consumer Statements

# Credit Inquiries

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *nquiry 1* | | | |
| nquiry Date | 2017-12-01 | 2017-12-01 | 2017-12-01 |
| reditor Name | DISCOVER FINANCIAL SER | DISCOVER BANK | DFS DHE |
| reditor Address | 2500 LAKE COOK RD RIVERWOODS IL, 60015 | 2500 LAKE COOK RD HOME EQUITY RIVERWOODS IL, 60015 | - |
| reditor Phone | 2244054642 | MAIL ONLY | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *nquiry 2* | | | |
| nquiry Date | - | - | 2017-09-14 |
| reditor Name | - | - | UNIV OF PA |
| reditor Address | - | - | - |
| reditor Phone | - | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *nquiry 3* | | | |
| nquiry Date | 2016-11-29 | 2016-11-29 | 2016-11-29 |
| reditor Name | CREDIT TECHNOLOGY INC | CREDIT TECHNOLOGY | CREDIT TECH |
| reditor Address | 1990 E LA CADENA DR RIVERSIDE CA, 92507 | - | - |
| reditor Phone | 9517781501 | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *nquiry 4* | | | |
| nquiry Date | 2016-10-28 | 2016-10-28 | 2016-10-28 |
| reditor Name | EQUIFAX MORTGAGE SERVI | EQUIFAX MORTGAGE SER | EQUIFAX |
| reditor Address | 815 E GATE DR STE 102 MOUNT LAUREL NJ, 08054 | - | - |
| reditor Phone | 8003330037 | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *nquiry 5* | | | |
| nquiry Date | 2016-08-05 | 2016-08-05 | 2016-08-05 |
| reditor Name | UNIVERSAL CREDIT SVCS | UNIVERSAL CREDIT SER | UNIVERSAL CR |
| reditor Address | 201 MARPLE AVE CLIFTON HEIGHTS PA, 19018 | - | - |
| reditor Phone | 6102841000 | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *nquiry 6* | | | |
| nquiry Date | 2016-08-04 | 2016-08-04 | 2016-08-04 |
| reditor Name | EMS/QUICKEN LOANS | EM QUICKEN | EMS QUICKEN |

| | | | |
|---|---|---|---|
| Creditor Address | 815 E GATE DR STE 102<br>MOUNT LAUREL NJ, 08054 | - | |
| Creditor Phone | 8889009962 | - | - |

| *Inquiry 7* | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| Inquiry Date | 2016-08-02 | 2016-08-02 | 2016-08-02 |
| Creditor Name | CREDIT PLUS | CREDIT PLUS | CREDIT PLUS |
| Creditor Address | 31550 WINTERPLACE PKWY<br>SALISBURY MD, 21804 | - | - |
| Creditor Phone | 4107429551 | - | - |

| *Inquiry 8* | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| Inquiry Date | 2018-01-07 | - | - |
| Creditor Name | GREENSKY/THD LOAN SRVC | - | - |
| Creditor Address | 1797 N EAST EXPY NE<br>BROOKHAVEN GA, 30329 | - | - |
| Creditor Phone | 8669360605 | - | - |

| *Inquiry 9* | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| Inquiry Date | 2017-10-13 | - | - |
| Creditor Name | WF HOME EQ | - | - |
| Creditor Address | PO BOX 31557 BILLINGS MT,<br>59107 | - | - |
| Creditor Phone | 8008538516 | - | - |

| *Inquiry 10* | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| Inquiry Date | 2017-09-22 | 2017-09-22 | - |
| Creditor Name | CREDCO | CREDCO/QUICKEN LOANS | - |
| Creditor Address | PO BOX 509124 SAN DIEGO<br>CA, 92150 | - | - |
| Creditor Phone | 8005230233 | - | - |

| *Inquiry 11* | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| Inquiry Date | 2017-04-14 | - | - |
| Creditor Name | WF PLL | - | - |
| Creditor Address | PO BOX 9445<br>ALBUQUERQUE NM, 87119 | - | - |
| Creditor Phone | BYMAILONLY | - | - |

| *Inquiry 12* | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| Inquiry Date | 2017-04-03 | - | - |
| Creditor Name | WF PLL | - | - |
| Creditor Address | PO BOX 9445<br>ALBUQUERQUE NM, 87119 | - | - |
| Creditor Phone | BYMAILONLY | - | - |

| *Inquiry 13* | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| Inquiry Date | 2017-03-29 | - | - |
| Creditor Name | WFB BD CRE | - | - |
| Creditor Address | 100 W WASHINGTON AVE<br>PHOENIX AZ, 85003 | - | - |

| | | | |
|---|---|---|---|
| ;reditor Phone | 8002319244 | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ıquiry 14* | | | |
| ıquiry Date | 2016-12-11 | - | - |
| ;reditor Name | AMEX | - | - |
| ;reditor Address | PO BOX 981537 EL PASO TX, 79998 | - | - |
| ;reditor Phone | 8008742717 | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ıquiry 15* | | | |
| ıquiry Date | 2016-11-09 | 2016-11-09 | - |
| ;reditor Name | CBNA | CBNA | - |
| ;reditor Address | PO BOX 6241 SIOUX FALLS SD, 57117 | 701 EAST 60TH ST NORTH SIOUX FALLS SD, 57117 | - |
| ;reditor Phone | BYMAILONLY | 8009505114 | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ıquiry 16* | | | |
| ıquiry Date | 2016-10-19 | - | - |
| ;reditor Name | BK OF AMER | - | - |
| ;reditor Address | 655 PAPER MILL RD NEWARK DE, 19711 | - | - |
| ;reditor Phone | 8004321000 | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ıquiry 17* | | | |
| ıquiry Date | - | 2017-11-28 | - |
| ;reditor Name | - | VERIZON EAST | - |
| ;reditor Address | - | - | - |
| ;reditor Phone | - | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ıquiry 18* | | | |
| ıquiry Date | - | 2016-08-15 | - |
| ;reditor Name | - | US DEPARTMENT OF EDU | - |
| ;reditor Address | - | 225 OLD FALLS ST NIAGARA FALLS NY, 14303 | - |
| ;reditor Phone | - | 8005577394 | - |

# Revolving Credit Accounts

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ıccount 1* | | | |
| ıccount | TD BANK USA/TARGETCRED | - | - |
| ıccount Number | 585975202295XXXX | - | - |
| ıccount Type | Revolving Account | - | - |
| ıccount Condition | Closed | - | - |
| )ate Opened | 9th August 2014 | - | - |
| ligh Balance | $255 | - | - |
| /lonthly Payment | $0 | - | - |
| ıccount Balance | $0 | - | - |
| .ast Reported | 4th December 2016 | - | - |

| | | | |
|---|---|---|---|
| ˄mount Past Due | - | - | - |
| .imit | $200 | - | - |
| ₹emarks | Array | - | - |
| ₹esponsibility | Individual | - | - |
| ᵓast Due - 30 DAYS | 0 | - | - |
| ᵓast Due - 60 DAYS | 0 | - | - |
| ᵓast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | | | | | | | 2016 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *\ccount 2* | | | |
| \ccount | DISCOVER FIN SVCS LLC | - | - |
| \ccount Number | 60112089XXXX | - | - |
| \ccount Type | Revolving Account | - | - |
| \ccount Condition | Open | - | - |
| )ate Opened | 18th December 2013 | - | - |
| ligh Balance | $13527 | - | - |
| /lonthly Payment | $282 | - | - |
| \ccount Balance | $13527 | - | - |
| .ast Reported | 3rd January 2018 | - | - |
| \mount Past Due | - | - | - |
| .imit | $13600 | - | - |
| ₹emarks | Array | - | - |
| ₹esponsibility | Individual | - | - |
| ᵓast Due - 30 DAYS | 0 | - | - |
| ᵓast Due - 60 DAYS | 0 | - | - |
| ᵓast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2016 | | | | | | | | | | 2017 | | | | | | | | | | | | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *\ccount 3* | | | |
| \ccount | CITI | - | - |
| \ccount Number | 54241812XXXX | - | - |
| \ccount Type | Revolving Account | - | - |

| | | | |
|---|---|---|---|
| ccount Condition | Open | - | - |
| )ate Opened | 9th November 2016 | - | - |
| ligh Balance | $6488 | - | - |
| /lonthly Payment | $85 | - | - |
| ccount Balance | $5731 | - | - |
| .ast Reported | 20th December 2017 | - | - |
| mount Past Due | - | - | - |
| .imit | $6200 | - | - |
| ?emarks | - | - | - |
| ?esponsibility | Individual | - | - |
| ?ast Due - 30 DAYS | 0 | - | - |
| ?ast Due - 60 DAYS | 0 | - | - |
| ?ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2016 | | | | | | | | | | | | 2017 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
| Experian | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ccount 4* | | | |
| ccount | BK OF AMER | - | - |
| ccount Number | 1XXX | - | - |
| ccount Type | Revolving Account | - | - |
| ccount Condition | Open | - | - |
| )ate Opened | 21st October 2016 | - | - |
| ligh Balance | $4991 | - | - |
| /lonthly Payment | $45 | - | - |
| ccount Balance | $4584 | - | - |
| .ast Reported | 19th December 2017 | - | - |
| mount Past Due | - | - | - |
| .imit | $5000 | - | - |
| ?emarks | - | - | - |
| ?esponsibility | Individual | - | - |
| ?ast Due - 30 DAYS | 0 | - | - |
| ?ast Due - 60 DAYS | 0 | - | - |
| ?ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | **2016** | | | | | | | | | | | | **2017** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** |
| ***Experian*** | | | | | | | | | | | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* |
| ***Equifax*** | | | | | | | | | | | | | | | | | | | | | | | | |
| ***TransUnion*** | | | | | | | | | | | | | | | | | | | | | | | | |

| | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| *ccount 5* | | | |
| ccount | AMEX | - | - |
| ccount Number | 349992096078XXXX | - | - |
| ccount Type | Revolving Account | - | - |
| ccount Condition | Open | - | - |
| ate Opened | 17th January 2014 | - | - |
| igh Balance | $1888 | - | - |
| onthly Payment | $0 | - | - |
| ccount Balance | $1104 | - | - |
| ast Reported | 15th December 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $0 | - | - |
| emarks | - | - | - |
| esponsibility | Individual | - | - |
| ast Due - 30 DAYS | 0 | - | - |
| ast Due - 60 DAYS | 0 | - | - |
| ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | **2016** | | | | | | | | | | | | **2017** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** |
| ***Experian*** | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* |
| ***Equifax*** | | | | | | | | | | | | | | | | | | | | | | | | |
| ***TransUnion*** | | | | | | | | | | | | | | | | | | | | | | | | |

| | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| *ccount 6* | | | |
| ccount | CBNA | - | - |
| ccount Number | 603532040118XXXX | - | - |
| ccount Type | Revolving Account | - | - |
| ccount Condition | Open | - | - |
| ate Opened | 4th April 2014 | - | - |
| igh Balance | $1543 | - | - |
| onthly Payment | $75 | - | - |
| ccount Balance | $1517 | - | - |
| ast Reported | 9th December 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $1500 | - | - |

| | | | |
|---|---|---|---|
| Remarks | | | |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2016 | | | | | | | | | | | | 2017 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Account 7* | | | |
| Account | CREDIT ONE BANK NA | - | - |
| Account Number | 444796228990XXXX | - | - |
| Account Type | Revolving Account | - | - |
| Account Condition | Open | - | - |
| Date Opened | 31st July 2015 | - | - |
| High Balance | $1136 | - | - |
| Monthly Payment | $57 | - | - |
| Account Balance | $1136 | - | - |
| Last Reported | 8th December 2017 | - | - |
| Amount Past Due | - | - | - |
| Limit | $1200 | - | - |
| Remarks | - | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2016 | | | | | | | | | | | | 2017 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

## Line of Credit Accounts

No account information available.

## Real Estate Credit Accounts

No account information available.

# Installment Credit Accounts

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ccount 1* | | | |
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| ate Opened | 12th April 2016 | - | - |
| igh Balance | $0 | - | - |
| onthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $0 | - | - |
| emarks | Array | - | - |
| esponsibility | Individual | - | - |
| ast Due - 30 DAYS | 0 | - | - |
| ast Due - 60 DAYS | 0 | - | - |
| ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | **2015** | | | | | | **2016** | | | | | | | | | | | | **2017** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** |
| ***Experian*** | | | | | | | | | *OK* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *OK* |
| ***Equifax*** | | | | | | | | | | | | | | | | | | | | | | | | |
| ***TransUnion*** | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ccount 2* | | | |
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| ate Opened | 12th April 2016 | - | - |
| igh Balance | $0 | - | - |
| onthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $0 | - | - |
| emarks | Array | - | - |
| esponsibility | Individual | - | - |
| ast Due - 30 DAYS | 0 | - | - |
| ast Due - 60 DAYS | 0 | - | - |
| ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ccount 3* | | | |
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| ate Opened | 23rd August 2016 | - | - |
| igh Balance | $0 | - | - |
| onthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $0 | - | - |
| emarks | Array | - | - |
| esponsibility | Individual | - | - |
| ast Due - 30 DAYS | 0 | - | - |
| ast Due - 60 DAYS | 0 | - | - |
| ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *ccount 4* | | | |
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| ate Opened | 23rd August 2016 | - | - |
| igh Balance | $0 | - | - |
| onthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $0 | - | - |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Remarks | Array | | |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Account 5* | | | |
| Account | FED LOAN SERV | - | - |
| Account Number | 6989416060FD0XXXX | - | - |
| Account Type | Installment Account | - | - |
| Account Condition | Closed | - | - |
| Date Opened | 20th June 2010 | - | - |
| High Balance | $0 | - | - |
| Monthly Payment | $0 | - | - |
| Account Balance | $0 | - | - |
| Last Reported | 19th June 2017 | - | - |
| Amount Past Due | - | - | - |
| Limit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Account 6* | | | |
| Account | FED LOAN SERV | - | - |
| Account Number | 6989416060FD0XXXX | - | - |
| Account Type | Installment Account | - | - |
| Account Condition | Closed | - | - |
| Date Opened | 7th July 2009 | - | - |

| | | | |
|---|---|---|---|
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| \ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| \mount Past Due | - | - | - |
| .imit | $0 | - | - |
| ₹emarks | Array | - | - |
| ₹esponsibility | Individual | - | - |
| ²ast Due - 30 DAYS | 0 | - | - |
| ²ast Due - 60 DAYS | 0 | - | - |
| ²ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *\ccount 7* | | | |
| \ccount | FED LOAN SERV | - | - |
| \ccount Number | 6989416060FD0XXXX | - | - |
| \ccount Type | Installment Account | - | - |
| \ccount Condition | Closed | - | - |
| )ate Opened | 22nd February 2010 | - | - |
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| \ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| \mount Past Due | - | - | - |
| .imit | $0 | - | - |
| ₹emarks | Array | - | - |
| ₹esponsibility | Individual | - | - |
| ²ast Due - 30 DAYS | 0 | - | - |
| ²ast Due - 60 DAYS | 0 | - | - |
| ²ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| Experian | Equifax | TransUnion |
|---|---|---|

*ccount 8*

| | | | |
|---|---|---|---|
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| )ate Opened | 22nd February 2010 | - | - |
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| .imit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | **2015** | | | | | | **2016** | | | | | | | | | | | | **2017** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** | ***J*** | ***A*** | ***S*** | ***O*** | ***N*** | ***D*** | ***J*** | ***F*** | ***M*** | ***A*** | ***M*** | ***J*** |
| ***Experian*** | *OK* | *OK* | *OK* | *OK* | *OK* | *OK* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *NA* | *OK* |
| ***Equifax*** | | | | | | | | | | | | | | | | | | | | | | | | |
| ***TransUnion*** | | | | | | | | | | | | | | | | | | | | | | | | |

| | **Experian** | **Equifax** | **TransUnion** |
|---|---|---|---|
| *ccount 9* | | | |
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| )ate Opened | 8th September 2009 | - | - |
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| .imit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

**PAST 24 MONTHS**

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **ccount 10** | | | |
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| )ate Opened | 7th July 2009 | - | - |
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| .imit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

**PAST 24 MONTHS**

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **ccount 11** | | | |
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| )ate Opened | 8th September 2009 | - | - |
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| .imit | $0 | - | - |

| | | | |
|---|---|---|---|
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| **Experian** | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| **Equifax** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TransUnion** | | | | | | | | | | | | | | | | | | | | | | | | |

| *Account 12* | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account | FED LOAN SERV | - | - |
| Account Number | 6989416060FD0XXXX | - | - |
| Account Type | Installment Account | - | - |
| Account Condition | Closed | - | - |
| Date Opened | 19th March 2009 | - | - |
| High Balance | $0 | - | - |
| Monthly Payment | $0 | - | - |
| Account Balance | $0 | - | - |
| Last Reported | 19th June 2017 | - | - |
| Amount Past Due | - | - | - |
| Limit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| **Experian** | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| **Equifax** | | | | | | | | | | | | | | | | | | | | | | | | |
| **TransUnion** | | | | | | | | | | | | | | | | | | | | | | | | |

| *Account 13* | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account | FED LOAN SERV | - | - |
| Account Number | 6989416060FD0XXXX | - | - |
| Account Type | Installment Account | - | - |
| Account Condition | Closed | - | - |
| Date Opened | 19th March 2009 | - | - |

| | | | |
|---|---|---|---|
| High Balance | $0 | - | - |
| Monthly Payment | $0 | - | - |
| Account Balance | $0 | - | - |
| Last Reported | 19th June 2017 | - | - |
| Amount Past Due | - | - | - |
| Limit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| *Account 14* | | | |
| Account | FED LOAN SERV | - | - |
| Account Number | 6989416060FD0XXXX | - | - |
| Account Type | Installment Account | - | - |
| Account Condition | Closed | - | - |
| Date Opened | 20th June 2010 | - | - |
| High Balance | $0 | - | - |
| Monthly Payment | $0 | - | - |
| Account Balance | $0 | - | - |
| Last Reported | 19th June 2017 | - | - |
| Amount Past Due | - | - | - |
| Limit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| Experian | Equifax | TransUnion |
|---|---|---|

| ccount 15 | | | |
|---|---|---|---|
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| ate Opened | 24th October 2010 | - | - |
| igh Balance | $0 | - | - |
| onthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $0 | - | - |
| emarks | Array | - | - |
| esponsibility | Individual | - | - |
| ast Due - 30 DAYS | 0 | - | - |
| ast Due - 60 DAYS | 0 | - | - |
| ast Due - 90+ DAYS | 0 | - | - |

***PAST 24 MONTHS***

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| ccount 16 | Experian | Equifax | TransUnion |
|---|---|---|---|
| ccount | FED LOAN SERV | - | - |
| ccount Number | 6989416060FD0XXXX | - | - |
| ccount Type | Installment Account | - | - |
| ccount Condition | Closed | - | - |
| ate Opened | 8th January 2011 | - | - |
| igh Balance | $0 | - | - |
| onthly Payment | $0 | - | - |
| ccount Balance | $0 | - | - |
| ast Reported | 19th June 2017 | - | - |
| mount Past Due | - | - | - |
| imit | $0 | - | - |
| emarks | Array | - | - |
| esponsibility | Individual | - | - |
| ast Due - 30 DAYS | 0 | - | - |
| ast Due - 60 DAYS | 0 | - | - |
| ast Due - 90+ DAYS | 0 | - | - |

**PAST 24 MONTHS**

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **\ccount 17** | | | |
| \ccount | FED LOAN SERV | - | - |
| \ccount Number | 6989416060FD0XXXX | - | - |
| \ccount Type | Installment Account | - | - |
| \ccount Condition | Closed | - | - |
| )ate Opened | 2nd April 2011 | - | - |
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| \ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| \mount Past Due | - | - | - |
| .imit | $0 | - | - |
| Remarks | Array | - | - |
| Responsibility | Individual | - | - |
| Past Due - 30 DAYS | 0 | - | - |
| Past Due - 60 DAYS | 0 | - | - |
| Past Due - 90+ DAYS | 0 | - | - |

**PAST 24 MONTHS**

| | 2015 | | | | | | 2016 | | | | | | | | | | | | 2017 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J |
| Experian | OK | OK | OK | OK | OK | OK | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **\ccount 18** | | | |
| \ccount | FED LOAN SERV | - | - |
| \ccount Number | 6989416060FD0XXXX | - | - |
| \ccount Type | Installment Account | - | - |
| \ccount Condition | Closed | - | - |
| )ate Opened | 2nd April 2011 | - | - |
| ligh Balance | $0 | - | - |
| /lonthly Payment | $0 | - | - |
| \ccount Balance | $0 | - | - |
| .ast Reported | 19th June 2017 | - | - |
| \mount Past Due | - | - | - |
| .imit | $0 | - | - |