IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Darus Leon Hunter

vs.

University of Pennsylvania

CIVIL ACTION NO. 18 0348

## MOTION

### To Request E-Filing Number

Plaintiff/Movant Darus Leon Hunter, hereby requests E-Filing credentials in order for future filings to be more convenient to movant.

I swear under penalty of pejury of law that the foregoing statements are true and correct to the best of my knowledge.

Darus Leon Hunter x [signature] 01/29/2018