IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Darus Leon Hunter et. al. (plaintiff)

Civil Action No. 18 0348

v.

City of Philadelphia (defendant)

**AFFIDAVIT OF SERVICE BY PERSONAL SERVICE**

I, *Michael Young*, reside at *1626 W 25th St* hereby depose and say that I am (18) years or older, and I am not a party to the action nor an employee or a relative to a party.

On *1/31/18*, I personally served the defendant by handing a copy of the complaint to *WM AM*, at *FRONT DESK / FRANKLIN BUILDING*.

I verify that the statements in this document are true and correct to the best of my knowledge, information and belief. I understand that the statements made herein are subject to the penalties relating to unsworn falsification to authorities.

*Michael Young*          *[signature]*                                    *1/31/18*

Printed name              Signature                                         Date