U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Darus Leon Hunter | COURT CASE NUMBER: 18-348 |
| DEFENDANT: University of Pennsylvania | TYPE OF PROCESS: Service S/C |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ University of Pennsylvania

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3451 Walnut Street; Philadelphia, Pennsylvania 19104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: IFP Granted

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Darus Leon Hunter
2521 N. Spangler Street
Philadelphia, Pennsylvania 19132

Signature of Attorney or other Originator requesting service on behalf of:
(Pro Se) [signature]
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (215)303-8787
DATE: 02/10/2018

[Stamp: 2018 FEB 12 — EASTERN DISTRICT PENNSYLVANIA — UNITED STATES RECEIVED]

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 66 | 66 | M. Shirsky | 2/14/18 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
HELEN LOGAN, SR. ADMIN. of LEGAL SERVICES

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:
Penn Office of General Counsel
FMC Tower, Suite 400
2929 Walnut St. Phila PA

Date of Service: 4-19-18
Time: 11:25 am
Signature of U.S. Marshal or Deputy: [signature] 0683

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 130.00 | — | -0- | 130 | -0- | IFP |

REMARKS: 3-22-18 Endeavor — Office of Financial Services refused service — must be served at Office of General Counsel FMC Tower 2929 Walnut St, Suite 400 *
3-22-18 Endeavor 1hr 65. 8RT miles @ .545 = 4.36

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)