# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARUS LEON HUNTER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 18-348** |

## ORDER

**NOW**, this 7th day of May, 2018, this action having been referred to arbitration, it is **ORDERED**, pursuant to Local Civil Rule 53.2, § 4(a), as follows:

1. The arbitration hearing is scheduled for **Wednesday, June 6, 2018, at 9:30 a.m.**, at 601 Market Street, Philadelphia, PA 19106;

2. All documentary evidence, except for impeaching documents, shall be marked in advance and exchanged among counsel and the parties;

3. The following are appointed as arbitrators:

    Chairman -   Neil V. Goldstein, Esquire

    Arbitrator -   Francine Holly Maultz, Esquire

    Arbitrator -   Ricardo A. Byron, Esquire; and,

4. The Chairman shall file the arbitration award upon conclusion of the hearing.

TIMOTHY J. SAVAGE, J.