# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARUS LEON HUNTER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 18-348** |

## ORDER

**NOW**, this 30th day of May, 2018, the defendant having moved to dismiss the plaintiff's amended complaint, it is **ORDERED** that the arbitration hearing scheduled for June 6, 2018 is postponed and will be rescheduled, if necessary, upon disposition of the pending motion to dismiss.

/s/TIMOTHY J. SAVAGE