

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

Darus Leon Hunter                        :
_____
Petitioner/Plaintiff                     :
                                         :        Civil Action No. 18 - 348
        v.                               :
                                         :
University of Pemsylvania                 :
_____
Defendant(s)                             :

**FILED**

JUN 22 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

## REQUEST FOR APPOINTMENT OF ATTORNEY

I, Darus Leon Hunter, Petitioner/Plaintiff, request appointment of counsel as provided by 42 U.S.C. § 2000(e)5.

1.)     I have made a diligent effort to employ an attorney [check appropriate box(es)]:

        ☑     **CONTACTED PRIVATE ATTORNEY(S)**
              *(List all attorney(s) contacted and state why each is not representing you.)*

              Ken Spivack, Louis Schwartz
              Ken Spivack declined without reason.
              Louis Schwartz stated that he wasn't
              sure if the case is lucrative enough for him.

        ☐     **CONTACTED A LEGAL AID ORGANIZATION**
              *(State when this organization was contacted and why it did not assist you.)*

(Rev 10/09)

☑ **CONTACTED BAR ASSOCIATION LAWYER REFERRAL SERVICE**, if available. (*State what assistance was provided.*)

Louis Schwartz was referred

2.) If unable to pay attorney's fees or costs - I am financially unable to hire counsel (Complete and file Form 3 - In Forma Pauperis Petition)

3.) I believe I have a claim against the following employer (Give name and address):

4.) The reason(s) for my claim are (Give brief employment history with dates and specific reasons for lawsuit):

Issues involving student loans and civil rights violations

I certify under the penalty of perjury that the foregoing statements are true and correct.

Signature

06 | 22 | 2018
Date