# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARUS LEON HUNTER** | : | **CIVIL ACTION** |
| **v.** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | **NO. 18-348** |

## ORDER

**NOW**, this 2nd day of July, 2018, upon consideration of defendant's Motion to Dismiss (Document No. 20), and viewing the plaintiff's *pro se* amended complaint in the most favorable manner to him, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all federal claims are **DISMISSED WITH PREJUDICE** and all state claims are **DISMISSED WITHOUT PREJUDICE** to the plaintiff's right to pursue them in state court.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.